IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01763-RPM-MJW

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Plaintiff(s),

v.

JOHN G. WITHERSPOON, III, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Unopposed Motion for Modification of Order Setting/Planning Conference (docket no. 5) is DENIED.  Plaintiff shall submit its proof of service as to all Defendants to the court or show cause why this case should not be dismissed for lack of service and failure to prosecute.  On November 4, 2005, at 9:30 a.m. this court will conduct both a Rule 16 Scheduling Conference and a show cause hearing.  Plaintiff shall be prepared to explain to this court the status of service on the Defendants and to show cause why this case should not be dismissed for lack of service and failure to prosecute.

Date:  October 27, 2005