**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01763-RPM-MJW

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff(s),

v.

JOHN G. WITHERSPOON, III, et al.,

    Defendant(s).

---

**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH RETENTION OF JURISDICTION FOR ENFORCEMENT PURPOSES**

---

THIS matter was before the Court, without hearing, for consideration of the Agreed Joint Motion for Entry of Order Approving Settlement Agreement and Dismissing of Action with Retention of Jurisdiction for Enforcement Purposes filed on November 14, 2005 (hereinafter referred to as the "Settlement and Dismissal Motion"). This Court having reviewed same and being duly advised in the premises, it is:

ORDERED AND ADJUDGED

    1.    The Settlement and Dismissal Motion is GRANTED subject to the further terms and conditions of this Order.

454173.1

2. The Settlement Agreement as set forth in the Settlement and Dismissal Motion is approved and is incorporated herein by reference as the Order of the Court and the Parties are directed to comply with the terms and conditions of the Settlement Agreement.

3. Plaintiff The Prudential Insurance Company of America shall pay/deposit the sum of $86,351.71, as and for the death claim benefits on the life of John G. Witherspoon, II, pursuant to the Prudential Whole Life Policy, bearing policy number 72034035, to the Mesa County Registry, Mesa County Courthouse, 125 North Spruce Street, Grand Junction, Colorado 81501, within thirty (30) business days of the entry of this Order.

4. Upon Plaintiff, The Prudential Insurance Company of America, complying with paragraph 3 of this Order, Defendant John G. Witherspoon, III, Individually, and as personal representative of the Estate of John G. Witherspoon, II, and as trustee for the 1990 Trust; Defendant Janet G. Hingtgen; Defendant Nancy S. Hoganson; Defendant Venice Witherspoon; Defendant Trustee(s) or Successor(s) in Trust for the John G. Witherspoon Pension Plan and other members of the same controlled group, Employer; and Defendant Estate of John G. Witherspoon, II, shall be permanently enjoined from instituting any action against Prudential to recover the death claim benefits on the life of John G. Witherspoon, II,

      pursuant to the Prudential Whole Life Policy, bearing policy number 72034035, and/or otherwise assert any claims against Prudential relative to the Prudential Whole Life Policy, bearing policy number 72034035, on the life of John G. Witherspoon, II.

5. Upon Plaintiff, The Prudential Insurance Company of America, complying with paragraph 3 of this Order, Plaintiff The Prudential Insurance Company of America shall be discharged from any and all liability to Defendant John G. Witherspoon, III, Individually, and as personal representative of the Estate of John G. Witherspoon, II, and as trustee for the 1990 Trust; Defendant Janet G. Hingtgen; Defendant Nancy S. Hoganson; Defendant Venice Witherspoon; Defendant Trustee(s) or Successor(s) in Trust for the John G. Witherspoon Pension Plan and other members of the same controlled group, Employer; and Defendant Estate of John G. Witherspoon, II, arising out of matters or claims relating to the Prudential Whole Life Policy, bearing policy number 72034035, and Plaintiff The Prudential Insurance Company of America's payment of the death claim benefit on the life of John G. Witherspoon, II, to any other party.

6. Pursuant to the request of the Parties and paragraph 18 of the Settlement Agreement, the Court hereby retains exclusive jurisdiction with regard to

          any action arising from or attributable to the Settlement Agreement or its enforcement.

7. Subject to the limited retention of jurisdiction for purposes of enforcing the Settlement Agreement as described above, this action is otherwise dismissed for all purposes.

DONE AND ORDERED in Chambers on 15th day of November, 2005.

s/Richard P. Matsch

_____
UNITED STATES DISTRICT JUDGE