IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-01763-RPM-MJW

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

JOHN G WITHERSPOON, III,
individually, as executor of the Estate of
John G. Witherspoon, II and as trustee for
the 1990 trust,
JANET G. HINGTGEN,
NANCY S. HOGANSON,
VENICE WITHERSPOON,
Trustee(s) of Successor(s) in Trust for
the John G. Witherspoon Pension Plan
and other members of the same controlled
group, Employer,
ESTATE OF JOHN G. WITHERSPOON, II,
    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Upon consideration of the Joint Stipulation of Dismissal with Prejudice and Without Costs or Fees (Doc. #18), filed on January 19, 2006, it is

    ORDERED that all claims against defendants are dismissed with prejudice and without costs of attorney's fees to any of the parties.

    Dated:   January 24th 2006

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge